IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Susan Riley,                              :
                    Petitioner            :
                                          :
            v.                            :  No. 238 C.D. 2016
                                          :
Workers' Compensation Appeal              :
Board (Commonwealth of                    :
Pennsylvania),                            :
                    Respondent            :


O R D E R


AND NOW, this 24th day of January, 2017, **IT IS HEREBY ORDERED** that the above-captioned opinion filed December 8, 2016, shall be designated **OPINION** rather than **Memorandum Opinion**, and it shall be reported.


_____
JULIA K. HEARTHWAY, Judge